55 A.3d 1050

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tyrone MARTIN, Petitioner.**

**No. 142 EM 2012.**

Supreme Court of Pennsylvania.

Oct. 26, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of October, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**